IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 04-2841 Ml/P |
| PEASE CONSTRUCTION, INC., LARRY J. PEASE, and DOLLY M. PEASE, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

Before the Court is Defendants' Motion for Extension of Time to Respond to Motion for Summary Judgment, filed October 13, 2005. Plaintiff's Motion for Summary Judgment was filed on September 16, 2005. For good cause shown, Plaintiff's motion is GRANTED in part. Defendants shall have an extension of three (3) days and shall respond to Plaintiff's Motion for Summary Judgment on or before October 26, 2005.

So ORDERED this 17 day of October, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02841 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Brett A. Oeser
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Honorable Jon McCalla
US DISTRICT COURT