IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 16 AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | |
| v. | ) | 04-2841 Ml/P |
| PEASE CONSTRUCTION, INC., LARRY J. PEASE, and DOLLY M. PEASE, | ) | |
| Defendants. | ) | |

## ORDER FOLLOWING PRETRIAL CONFERENCE

The Court held a pretrial conference in this cause on November 15, 2005. Appearing for Plaintiff was Brett Oeser. Representing Defendants was Adam Nahmias. Pursuant to the conference, after discussion with counsel, the Court ordered the following:

The trial is set to begin November 21, 2005. The Court will not be in session on November 24 or 25, 2005. If necessary, the trial will resume on November 28, 2005.

The parties also discussed the possibility of settlement. The parties will inform the Court no later than 12 p.m. on Friday, November 18, 2005, if they settle the case.

The parties will conduct opening arguments. Each side will take no longer than 25 minutes for opening arguments.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-16-05

So ORDERED this 15 day of November, 2005.

                                                    /s/ Jon P. McCalla
                                                    JON P. McCALLA
                                                    UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02841 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Brett A. Oeser
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Honorable Jon McCalla
US DISTRICT COURT